**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 |

Civil Action No. 1:20-cv-02705-ELH

# PETITIONER DANIEL SNYDER'S MOTION TO COMPEL RESPONDENT MOAG & CO., LLC TO PRODUCE DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37(a), Petitioner Daniel Snyder ("Mr. Snyder" or "Petitioner") brings this Motion to Compel Respondent Moag & Co., LLC ("Moag" or "Respondent") to Produce Documents (the "Motion") in response to the subpoena for documents duly served on October 19, 2020. In support, Petitioner respectfully requests that the Court:

1) Issue an order compelling Moag to produce phone records, text messages, and other communications with all third parties, including but not limited to Ms. Mary Ellen Blair and Mr. Bobby Potter, prior to and after the Defamatory Articles, concerning Snyder, the Defamatory Articles,[1] and any other anticipated or actual negative publicity concerning Petitioner, within 7 days of the date of the Order. Such documents are directly responsive to Document Request No. 4 in the subpoena for documents, attached as **Exhibit 1** to the accompanying Declaration of Rizwan Qureshi, dated November 11, 2020, and were excluded from Respondent's paltry and bad faith productions of documents on November 9 and November 10, 2020.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning attributed to them in the underlying Petition.

3) Award Petitioner his reasonable attorney's fees, in an amount to be determined and upon the submission of appropriate documentation for the Court's review, for fees incurred to bring this Motion.

Prompt relief is necessary because Petitioner has served a deposition subpoena on Moag for deposition on November 20, 2020, and the requested documents are necessary for the deposition.

Dated: November 11, 2020

Respectfully Submitted,

REED SMITH LLP

By: /s/Andrew C. Bernasconi
    Andrew C. Bernasconi (MD Bar No. 15780)
    1301 K Street NW
    Suite 1000, East Tower
    Washington, DC 20005
    Tel: (202) 414-9200
    abernasconi@reedsmith.com

Rizwan A. Qureshi
*(Pro Hac Vice Motion Forthcoming)*
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
rqureshi@reedsmith.com

Jordan W. Siev
*(Pro Hac Vice Motion Forthcoming)*
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

TACOPINA, SEIGEL & DEOREO, P.C.
Joseph Tacopina
Chad D. Seigel
275 Madison Avenue, 35th Floor
New York, NY 10016
jtacopina@tacopinalaw.com

cseigel@tacopinalaw.com
*(Pro Hac Vice Motion Forthcoming)*

*Attorneys for Petitioner
Daniel Snyder*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of November 2020, a copy of the foregoing Motion to Compel Respondent Moag & Co., LLC to Produce Documents was electronically filed with the Court and served upon all counsel of record.

/s/Andrew C. Bernasconi
Andrew C. Bernasconi