UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

In re Application of Daniel Snyder
for an Order Directing Discovery from
Moag & Co., LLC Pursuant to
28 U.S.C. § 1782

Civil Action No. 1:20-cv-02705-ELH

## EXHIBIT INDEX TO MOTION TO COMPEL

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Subpoena for Production of Documents |
| 2. | Subpoena to Testify at Deposition |
| 3. | Proofs of Service of Subpoenas |
| 4. | Court Order dated September 29, 2020 |
| 5. | Emails between attorneys Rizwan A. Qureshi and Joe Reeder |
| 6. | Defendant's Responses and Objections to Discovery Request |
| 7. | August 4, 2020 Email (MOAG000014) |