# EXHIBIT 5

| | |
|---|---|
| **From:** | Qureshi, Rizwan A. |
| **Sent:** | Tuesday, November 10, 2020 4:52 PM |
| **To:** | REEDERJ@gtlaw.com |
| **Cc:** | pusaterim@gtlaw.com; Davidson, Brittany M.; Bernasconi, Andrew C.; Schoenberg, Pamela L. |
| **Subject:** | RE: Your Client Dan Snyder's Discovery |

Joe,

Please let me know your position today.

Thanks.

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Tuesday, November 10, 2020 4:40 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** Your Client Dan Snyder's Discovery,

EXTERNAL E-MAIL - From REEDERJ@gtlaw.com

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Tuesday, November 10, 2020 1:52 PM
**To:** Reeder, Joe (Shld-DC-LT) <REEDERJ@gtlaw.com>
**Cc:** Pusateri, Michael (OfCnl-DC-LT) <pusaterim@gtlaw.com>; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** Your Client Dan Snyder's Discovery

Joe,

Thank you for sending along the documents last evening. We look forward to the additional documents that you will produce today.

Given your production to date and what we anticipate today, we are hopeful that we can resolve this subpoena without Court intervention. However, as I explained to you on our multiple calls over the last week, my client has instructed our firm to obtain this information - which we believe is directly relevant to our India action. We trust that we can do this without any motion practice.

Please let me know if you have any questions.

Best,
Rizzy Qureshi

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373

Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Monday, November 9, 2020 6:59 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** Your Client Dan Snyder's Discovery
**Importance:** High

EXTERNAL E-MAIL - From REEDERJ@gtlaw.com

Dear Rizzy,

I've attached per our conversations and emails today, objections (which has become more of simply memorializing our compromise), and also, 7 documents responsive as discussed. We will complete this tomorrow. Questions please don't hesitate to give me a call.

Sincerely,
Joe R. Reeder

**Joe R. Reeder**
Shareholder
Greenberg Traurig, LLP | 2101 L Street N.W. | Washington, D.C. 20037
Tel 202.331.3125 | Fax 202.261.0125 | Cell 703 963 8389
REEDERJ@gtlaw.com | http://www.gtlaw.com

**"Few will have the greatness to bend history itself; but each of us can work to change a small portion of events, and in the total; of all those acts will be written the history of this generation" – Robert Kennedy.**

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SEOUL* · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV* · TYSONS CORNER · WARSAW* · WASHINGTON, D.C. · WHITE PLAINS
*LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Monday, November 9, 2020 5:31 PM

**To:** Reeder, Joe (Shld-DC-LT) <REEDERJ@gtlaw.com>
**Cc:** Pusateri, Michael (OfCnl-DC-LT) <pusaterim@gtlaw.com>; Mobley, Evonne (ExecAsst-DC-LT) <mobleye@gtlaw.com>; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** RE: Your Client Dan Snyder's Defamation Litigation

Thanks

---

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Monday, November 9, 2020 5:29 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; mobleye@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** RE: Your Client Dan Snyder's Defamation Litigation

<mark>EXTERNAL E-MAIL - From REEDERJ@gtlaw.com</mark>

Agree, Rizzy, and agree on reserving rights, all around. Best, Joe

---

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Monday, November 9, 2020 5:14 PM
**To:** Reeder, Joe (Shld-DC-LT) <REEDERJ@gtlaw.com>
**Cc:** Pusateri, Michael (OfCnl-DC-LT) <pusaterim@gtlaw.com>; Mobley, Evonne (ExecAsst-DC-LT) <mobleye@gtlaw.com>; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** RE: Your Client Dan Snyder's Defamation Litigation

Joe,

That is correct, however, I would note two things: (1) we are not limiting our definition of the types of documents that would be responsive and would expect that your search encompasses all "Documents" and "Communications" as defined in the Subpoena; and (2) as noted below, Mr. Snyder reserves the right to amend and/or supplement the search terms if necessary or appropriate.

Thanks.

---

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Monday, November 9, 2020 4:46 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; mobleye@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>
**Subject:** Your Client Dan Snyder's Defamation Litigation

<mark>EXTERNAL E-MAIL - From REEDERJ@gtlaw.com</mark>

Dear Rizzy, Per our call, and your note below, Michael is conforming our production and Objections to your request. Basically, we've agreed per your note below, to do the search you've asked below, and you've agreed to limit "Snyder" references to (a) the time period May

1-Sept 1, 2020, and (b) those records that appear to anticipate negative publicity.

With this understanding, believe we are in agreement;. We'll provide you our Objections, but not filing with Judge Hollander, as there's no need for a Protective Order. Trust this captures our understanding from your end. Kind regards, Joe

---

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Monday, November 9, 2020 3:28 PM
**To:** Reeder, Joe (Shld-DC-LT) <REEDERJ@gtlaw.com>
**Cc:** Pusateri, Michael (OfCnl-DC-LT) <pusaterim@gtlaw.com>; Mobley, Evonne (ExecAsst-DC-LT) <mobleye@gtlaw.com>; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** RE: Your Client Dan Snyder's Defamation Litigation

Joe,

As a follow up to our call earlier, below are our proposed search terms for Moag to run on its files. These terms are provided on a without prejudice basis, and my client reserves the right to amend and/or supplement the list as needed. Additionally, please note that these terms are not intended to be exhaustive – if your client is aware of potentially responsive documents that do not contain the search terms, those documents must still be produced.

For the time period January 1, 2020 to the present:

- (Dan OR Snyder) AND (article OR quote OR interview OR comment OR story)
- MEAWW
- Eleven
- Anay Chowdhary OR Anay OR Chowdhary
- Nirnay Chowdhary OR Nirnay OR Chowdhary
- Prarthna Sarkar OR Prarthna OR Sarkar
- Jyotsna Basotia OR Jyotsna OR Basotia

Additionally, please let me know the number of hits resulting from the following search terms for the time period May 1, 2020 – September 1, 2020:

- Dan
- Snyder

Although I understand your concern about burden and volume for these terms generally, we would like to know the hit count specifically in the time period surrounding the publication of the subject articles to assess whether further narrowing is needed.

Thanks and please let me know if you would like to discuss.

Best,
Rizzy Qureshi


**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

---

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Friday, November 6, 2020 4:37 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; mobleye@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>
**Subject:** Your Client Dan Snyder's Defamation Litigation

<mark>EXTERNAL E-MAIL - From REEDERJ@gtlaw.com</mark>

Rizzy, Thanks for your note below. You and I will have our "meet & confer" after you've read our objections, which I haven't written as yet. Believe you'll find our filing consistent with our conversation.  Obviously your call, but I assume you'll want to read our filing before submitting your motion.  Kind regards, Joe

---

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Friday, November 6, 2020 4:09 PM
**To:** Reeder, Joe (Shld-DC-LT) <REEDERJ@gtlaw.com>
**Cc:** Pusateri, Michael (OfCnl-DC-LT) <pusaterim@gtlaw.com>; Mobley, Evonne (ExecAsst-DC-LT) <mobleye@gtlaw.com>; Davidson, Brittany M. <BDavidson@reedsmith.com>; Bernasconi, Andrew C. <ABernasconi@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** Your Client Dan Snyder's Defamation Litigation

Joe,

Good speaking with you today.  In light of your stated decision to object to our subpoena, I want to set up a time with you on Monday to address our 'meet and confer' obligations. Although we hope to resolve, given your stated position, we intend on filing a motion upon receipt of your objections.

Thanks and good weekend.
Rizzy

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Sent:** Friday, November 6, 2020 8:01 AM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com; mobleye@gtlaw.com; Davidson, Brittany M. <BDavidson@reedsmith.com>
**Subject:** Your Client Dan Snyder's Defamation Litigation

EXTERNAL E-MAIL - From REEDERJ@gtlaw.com

Just tried calling you.  Mailbox full. Today gets a little challenging later but we'll make it happen. Joe

Sent from my iPhone

On Nov 6, 2020, at 7:42 AM, Qureshi, Rizwan A. <RQureshi@reedsmith.com> wrote:

**\*EXTERNAL TO GT\***

Joe,

Let me know when you are available to discuss today.

Thanks.

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Date:** Thursday, Nov 05, 2020, 7:10 PM
**To:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Cc:** pusaterim@gtlaw.com <pusaterim@gtlaw.com>, mobleye@gtlaw.com <mobleye@gtlaw.com>, Davidson, Brittany M. <BDavidson@reedsmith.com>
**Subject:** RE: Your Client Dan Snyder's Defamation Litigation

Thanks Joe.

Can you please explain how you calculate Monday, November 9th to be your deadline? Based on our calculations your deadline to object has expired and your return date is tomorrow.

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith LLP**
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

---

**From:** REEDERJ@gtlaw.com <REEDERJ@gtlaw.com>
**Date:** Thursday, Nov 05, 2020, 5:08 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** pusaterim@gtlaw.com <pusaterim@gtlaw.com>, mobleye@gtlaw.com <mobleye@gtlaw.com>
**Subject:** Your Client Dan Snyder's Defamation Litigation

<mark>EXTERNAL E-MAIL - From REEDERJ@gtlaw.com</mark>

Dear Rizzy,

　　Appreciate your call yesterday. Consistent with what we discussed, we'll be timely filing objections Monday, Nov. 9, per John Moag's service of the subpoena on October 19. I've reconfirmed with John that his company has no records responsive to your subpoena that relates in any way, directly or indirectly, to the July 17, 2020 publications, that gave rise to your defamation litigation in India. Happy to discuss furhter if needed, but hope this information is helpful to you as you endeavor to trace down whomever the sources are of the information that led to the pending litigation.

　　If you would please, copy the 2 I've copied above going forward, as that will help us be more responsive. Thank you. Respectfully yours, Joe

**Joe R. Reeder**
Shareholder

Greenberg Traurig, LLP
2101 L Street N.W. | Washington, D.C. 20037
T +1 202.331.3125 | F +1 202.261.0125 | C +1 703.963.8389
REEDERJ@gtlaw.com | www.gtlaw.com | View GT Biography

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin\*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London\*. Los Angeles. Mexico City\*. Miami. Milan\*. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul\*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv\*. Tokyo\*. Warsaw\*. Washington, D.C. West Palm Beach. Westchester County.

\*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Tokyo: Greenberg Traurig's Tokyo Office is operated by GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho, affiliates of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01