UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:20-cv-02705-ELH |

# **CERTIFICATE REQUIRED BY D. MD. LOCAL RULE 104.7**

Pursuant to the Court's Order (Dkt. No. 11) and D. Md. Local Rule 104.8(a), on November 18, 2020, Petitioner Daniel Snyder ("Petitioner" or "Snyder") served his Motion to Compel Respondent Moag & Co., LLC to Produce Documents ("Motion to Compel"), along with accompanying documents, on Respondent Moag & Co., LLC ("Respondent" or "Moag"). *See* **Exhibit A**. On December 2, 2020, Moag served on Petitioner its Opposition to Petitioner's Motion to Compel, including a third deficient supplemental production of documents. *See* **Exhibit B**. On December 8, 2020, Petitioner served on Moag his Reply in Further Support of His Motion to Compel. *See* **Exhibit C**. As fully discussed below, in advance of the parties' conference call on December 11, 2020, Moag served on Petitioner its Motion for Leave to File Surreply. Given that D. Md. Local Rule 105.2(a) states that "[u]nless otherwise ordered by the Court, surreply memoranda are not permitted to be filed," and that the Court has not granted such relief to Moag, Petitioner did not include Moag's surreply as part of the instant submission.

Because the parties were unable to resolve their disputes during the briefing period, and in accordance with D. Md. Local Rule 104.8(b), the parties held a conference pursuant to Local Rule 104.7 on December 11, 2020 from 1:30 PM to 1:51 PM. During that conference call, the following counsel of Reed Smith LLP were present for Petitioner: Rizwan A. Qureshi; Pamela Schoenberg;

and Brittany Davidson.  Additionally, the following individuals with Greenberg Traurig LLP were present for Moag:  Joseph Reeder; Steven Fowler; Michael Pusateri; and Evonne Mobley.  The parties were unable to resolve their discovery dispute during this conference call.

Accordingly, Petitioner specifically respectfully requests that the Court:

1) Issue an order compelling Moag to produce previously redacted phone records without any redactions and without a protective order and any remaining documents responsive to the subpoena within seven (7) days of the date of the Order.

2) Award Petitioner his reasonable attorney's fees, in an amount to be determined and upon the submission of appropriate documentation for the Court's review, for fees incurred to bring the Motion to Compel.

Dated: December 12, 2020

Respectfully Submitted,

REED SMITH LLP

By: /s/Andrew C. Bernasconi
Andrew C. Bernasconi (MD Bar No. 15780)
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
abernasconi@reedsmith.com

Rizwan A. Qureshi
*(Pro Hac Vice Motion Forthcoming)*
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
rqureshi@reedsmith.com

Jordan W. Siev
*(Pro Hac Vice Motion Forthcoming)*
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

TACOPINA, SEIGEL & DEOREO, P.C.
Joseph Tacopina
Chad D. Seigel
275 Madison Avenue, 35th Floor
New York, NY 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
*(Pro Hac Vice Motion Forthcoming)*

*Attorneys for Petitioner
  Daniel Snyder*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December 2020, a copy of the foregoing *Certificate* was electronically filed with the Court and served upon all counsel of record, and the unredacted versions of the documents filed under seal were sent via email to counsel of record.

/s/Andrew C. Bernasconi
Andrew C. Bernasconi