UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:20-cv-02705-ELH |

## PETITIONER DANIEL SNYDER'S MOTION TO SEAL

Petitioner Daniel Snyder ("Mr. Snyder" or "Petitioner"), by undersigned counsel, pursuant to D. Md. Local Civil Rule 105.11, respectfully submits this Motion to Seal requesting the Court to seal the following documents attached to Petitioner's Certificate Required by D. Md. Local Rule 104.7 as **Exhibit A** and **Exhibit C**: Petitioner's Motion to Compel Respondent Moag & Co., LLC to Produce Documents; Certificate Required by D. Md. Local Rule 104.7; Memorandum in Support of Motion to Compel Respondent Moag & Co., LLC to Produce Documents; Declaration of Rizwan A. Qureshi; Exhibit 5; Exhibit 7; Proposed Order Granting Petitioner's Motion to Compel Respondent Moag & Co., LLC to Produce Documents; and Reply in Further Support of His Motion to Compel. The grounds for this requested relief are set forth in a contemporaneously filed Memorandum in Support, along with a Proposed Order. Pursuant to Rule 105.11, interested parties have fourteen (14) days to file objections to this sealing request with the Clerk.

Dated: December 12, 2020                Respectfully Submitted,

                                        REED SMITH LLP

                                        By: /s/Andrew C. Bernasconi
                                            Andrew C. Bernasconi (MD Bar No. 15780)
                                            1301 K Street NW
                                            Suite 1000, East Tower

Washington, DC 20005
Tel: (202) 414-9200
abernasconi@reedsmith.com

Rizwan A. Qureshi
*(Pro Hac Vice Motion Forthcoming)*
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
rqureshi@reedsmith.com

Jordan W. Siev
*(Pro Hac Vice Motion Forthcoming)*
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

TACOPINA, SEIGEL & DEOREO, P.C.
Joseph Tacopina
Chad D. Seigel
275 Madison Avenue, 35th Floor
New York, NY 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
*(Pro Hac Vice Motion Forthcoming)*

*Attorneys for Petitioner
  Daniel Snyder*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December 2020, a copy of the foregoing *Motion to Seal* was electronically filed with the Court and served upon all counsel of record, and the unredacted versions of the documents filed under seal were sent via email to counsel of record.

/s/Andrew C. Bernasconi  
Andrew C. Bernasconi