IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL SNYDER
   *Plaintiff,*

v.                                             Civil Action No. ELH-20-2705

MOAG & CO., LLC,
   *Defendant.*

**ORDER**

On September 17, 2020, Daniel Snyder, Petitioner, filed an "*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782." ECF 1 (the "Petition"). In particular, Snyder sought an order compelling discovery from Moag & Co., LLC ("Moag"). *Id.* ¶¶ 4, 12.

By Memorandum and Order of September 29, 2020, I granted the Petition, permitting the subpoenas to be issued, and directed the Clerk to close the case. ECF 2; ECF 3. But, I also stated that, within 21 days of service of the subpoenas, Moag could move to quash or for a protective order, which would automatically reopen the matter.

Moag did not move to quash or move for a protective order within that time frame. *See* Docket. Rather, Moag produced documents on November 9, 2020. However, on November 11, 2020, Petitioner moved to compel additional responses from Moag. ECF 6; ECF 13 (corrected motion).

Petitioner's motion to compel has resulted in additional submissions by both parties that require the continued attention of the Court. Accordingly, the Clerk is directed to re-open the case.

1

**SO ORDERED** this 29th day of December 2020, by the United States District Court for the District of Maryland.

                                                /s/
                                    Ellen L. Hollander
                                    United States District Judge