# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Case No. 20-CV-02705-ELH |

## NOTICE OF APPEARANCE

Please enter the appearance of William J. Murphy, John J. Connolly, and Zuckerman Spaeder LLP as additional counsel for Respondent Moag & Co., LLC in the captioned matter. Joe R. Reeder, Stephen T. Fowler, and Greenberg Traurig, LLP will continue as co-counsel for Respondent.

ZUCKERMAN SPAEDER LLP

By:  /s/ *William J. Murphy*
      ------------------------

| | |
|---|---|
| Joe R. Reeder (#06701) | William J. Murphy (#00497) |
| Stephen T. Fowler (#16881) | John J. Connolly (#09537) |
| GREENBERG TRAURIG, LLP | 100 E. Pratt St., Suite 2440 |
| 2101 L Street N.W. | Baltimore, Maryland 21202 |
| Washington, DC 20037 | (410) 332-0444 |
| (202) 331-3100 | (410) 659-0436 (fax) |
| reederj@gtlaw.com | wmurphy@zuckerman.com |
| fowlerst@gtlaw.com | jconnolly@zuckerman.com |
| | |
| *Attorneys for Respondent* | *Attorneys for Respondent* |

7582145.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2021, a copy of the foregoing was electronically filed and served on all counsel of record via ECF.

/s/ *William J. Murphy*
-------------------------

7582145.1