# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In re Application of Daniel Snyder
for an Order Directing Discovery from
Moag & Co., LLC Pursuant to
28 U.S.C. § 1782

Civil Action No. 1:20-cv-02705-ELH

## NOTICE OF FILING PETITIONER DANIEL SNYDER'S OPPOSITION TO RESPONDENT'S RULE 72(a) OBJECTIONS TO MAGISTRATE'S DECEMBER 17, 2020 DISCOVERY RULING

Petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder"), through undersigned counsel, hereby files a Notice of Filing Petitioner Daniel Snyder's Opposition to Respondent's Rule 72(a) Objections to Magistrate's December 17, 2020 Discovery Ruling ("Petitioner's Opposition"). On December 28, 2020, Respondent Moag & Co., LLC ("Respondent" or "Moag") filed a Notice of Respondent's Rule 72(a) Objections to Magistrate's December 17, 2020 Discovery Ruling (Dkt. No. 31), attaching as Exhibits the Declaration of John Andrew Moag, Jr. (Dkt. No. 31-1), the Declaration of Joe R. Reeder (Dkt. No. 31-2), and a Proposed Order (Dkt. No. 31-3). Accordingly, attached to this Notice is Petitioner's Opposition.

Dated: January 11, 2021

Respectfully Submitted,

REED SMITH LLP

By: /s/Andrew C. Bernasconi
Andrew C. Bernasconi (MD Bar No. 15780)
1301 K Street NW
Suite 1000, East Tower
Washington, DC 20005
Tel: (202) 414-9200
abernasconi@reedsmith.com

Jordan W. Siev
*(Pro Hac Vice Motion Forthcoming)*
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

TACOPINA, SEIGEL & DEOREO, P.C.
Joseph Tacopina
Chad D. Seigel
275 Madison Avenue, 35th Floor
New York, NY 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
*(Admitted Pro Hac Vice)*

*Attorneys for Petitioner*
  *Daniel Snyder*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January 2021, a copy of the foregoing *Notice* was electronically filed with the Court and served upon all counsel of record, and the unredacted versions of the documents filed under seal were sent via email to all counsel of record.

/s/Andrew C. Bernasconi
Andrew C. Bernasconi