UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Civil Action No. 1:20-cv-02705-ELH |

### ORDER

UPON CONSIDERATION of Petitioner Daniel Snyder's Motion to Seal and Local Civil Rule 105.11, any response thereto, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the unredacted version of Petitioner's Opposition to Respondent's Rule 72(a) Objections to Magistrate's December 17, 2020 Discovery Ruling is sealed.

ENTERED this 11th day of Jan, 2021.

_____
U.S. District Judge