### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Case No. 20-CV-02705-ELH |

## ORDER

UPON CONSIDERATION OF Respondent Moag & Co., LLC's motion to seal its Opposition to Petitioner's Application for Order to Show Cause and Other Relief, any response thereto, and the record in this case, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Respondent's Opposition to Petitioner's Application for Order to Show Cause (ECF 42) be sealed until further order of this Court.

ENTERED this \_\_\_\_ day of _____, 2021.

_____
United States District Judge