# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Case No. 20-CV-02705-ELH |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Respondent John A. Moag Jr., by his undersigned counsel, notifies the Court of an order issued this morning by Judge Messitte that may be relevant to Respondent's Motion to Seal filed yesterday (ECF 43). The order is attached hereto as Exhibit 1.

Dated: Jan. 13, 2021

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By:  /s/ *John J. Connolly*
_____

Joe R. Reeder (#06701)
Stephen T. Fowler (#16881)
GREENBERG TRAURIG, LLP
2101 L Street N.W.
Washington, DC 20037
(202) 331-3100
reederj@gtlaw.com
fowlerst@gtlaw.com

*Attorneys for Respondent*

William J. Murphy (#00497)
John J. Connolly (#09537)
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(410) 659-0436 (fax)
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Attorneys for Respondent*

7594638.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2021, a copy of the foregoing was electronically filed and served on all counsel of record via ECF.

/s/ *John J. Connolly*
-------------------------