# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 13, 2021

MEMORANDUM TO COUNSEL

    Re:    *Daniel Snyder v. Moag & Co., LLC,*
            Civil Action No. ELH-20-2705

Dear Counsel:

      On January 12, 2021, defendant Moag & Co., LLC ("Moag") filed a motion to seal its "Opposition to Petitioner's Application for Order to Show Cause" (ECF 42, the "Opposition"). ECF 43 ("Motion to Seal"). Moag asked the Court to seal the Opposition in its entirety pursuant to an Order issued on December 23, 2020, by Judge Peter J. Messitte in *Rothman v. Snyder*, PJM-20-3290, ECF 89. That Order required the relevant parties to file under seal any papers that might have disparaging information about other parties. Moag also explained that it "believes its Opposition does not warrant sealing, but [it] understands that Judge Messitte's Order is intended to determine whether the Court or other parties have a different position." ECF 42.

      Petitioner Daniel Snyder has not filed a response to Moag's Motion to Seal. *See* Docket. However, the time to do so has not yet expired.

      On January 13, 2021, Moag submitted a notice of supplemental authority (ECF 45), advising of a new order issued by Judge Messitte that "may be relevant" to its Motion to Seal. By Order of January 12, 2021 (PJM-20-3290, ECF 110), Judge Messitte granted a motion for reconsideration of his Order of December 23, 2020. In doing so, he directed the Clerk to unseal those documents that were sealed pursuant to his Order of December 23, 2020, and he determined that any "future pleadings, correspondence, and exhibits shall be publicly filed…." *Id.*

      In light of Judge Messitte's Order of January 12, 2021, the Motion to Seal, filed pursuant to Judge Messitte's Order of December 23, 2020, appears moot.

      Accordingly, I shall deny the Motion to Seal (ECF 43). And, the Clerk is directed to unseal the Opposition (ECF 42).

      Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge

Case 1:20-cv-02705-ELH   Document 46   Filed 01/14/21   Page 2 of 2