**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **In Re Application of Daniel Snyder**<br>**For an Order Directing Discovery from**<br>**Moag & Co., LLC Pursuant to**<br>**28 U.S.C. § 1782** | )<br>)<br>)<br>)   Case No. 20-CV-02705-ELH<br>)<br>) |

**NOTICE OF FILING**

Respondent Moag & Company, LLC ("Respondent" or "Moag & Co."), by and through undersigned counsel, hereby respectfully provides Notice of Petitioner Daniel Snyder's filing in the District of New Jersey directly related to the § 1782 proceeding in this Court, as follows:

1. On Friday, January 15, 2021, at or around 11:00 p.m., Mr. Snyder filed an *ex parte* Petition under 28 U.S.C. § 1782 in the U.S. District Court for the District of New Jersey, Case No. 21-cv-00819 BRM/ESK (the "New Jersey Petition"), which seeks an order granting leave to serve a subpoena on Verizon Communications, Inc. The requested subpoena seeks phone records, billing records and text messages for John Moag's personal cell phone and phone records of Moag & Co. Petitioner has not notified Respondent or Mr. Moag of this Petition and, because the Petition is captioned "Ex Parte," as yet it presumably has not served on Verizon. A copy of the Petition is attached as **Exhibit A,** and a copy of the requested subpoena to Verizon is attached as **Exhibit B.**

2. Mr. Snyder included as support for the New Jersey Petition a copy of this Court's Order granting Snyder's § 1782 Petition in this matter, a copy of Magistrate Judge Copperthite's Order of December 17, 2020, and a declaration by a Reed Smith lawyer, David Murphy, authenticating the materials submitted (**Exhibits C, D and E**)**.**

3. The New Jersey Petition does not inform the New Jersey Court of the Rule 72 Objections to Judge Copperthite's Order now pending in this Court.

4. Because the Verizon records sought in the subpoena at issue in New Jersey duplicate records at issue in this Court, Respondent is moving to intervene and to transfer the New Jersey matter to this Court.

        Respectfully submitted,

        /s/ *Joe R. Reeder*
        ----------------------

        Joe R. Reeder (#06701)
        Stephen T. Fowler (#16881)
        GREENBERG TRAURIG LLP
        2101 L Street N.W.
        Washington, D.C. 20037
        (202) 331-3125
        reederj@gtlaw.com
        fowlers@gtlaw.com

        William J. Murphy (#00497)
        John J. Connolly (#09537)
        ZUCKERMAN SPAEDER LLP
        100 E. Pratt St., Suite 2440
        Baltimore, Maryland 21202
        (410) 332-0444
        (410) 659-0436 (fax)
        wmurphy@zuckerman.com
        jconnolly@zuckerman.com

        *Attorneys for Respondent*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2021, I caused a copy of the foregoing to be filed using the Court's electronic case filing (ECF) which was then served on all counsel of record.

/s/ Joe R. Reeder
Joe R. Reeder (#06701)
Stephen T. Fowler (#16881)
Greenberg Traurig, LLP
2101 L Street N.W.
Washington, D.C. 20037
(202) 331-3125
reederj@gtlaw.com
fowlers@gtlaw.com