# EXHIBIT A

> Don't know whether you got a read of the lengthy hearing yesterday. Lawyers went pretty light but I was asked by the judge and answered honestly about my convos with you and DS on the subject of the "shit show". Namely, the show that happened yesterday and will happen again and probably uglier when this Pandora's box is unwrapped by more litigation and discovery. We've talked about that.
> If you are brought back under the tent, maybe you can help a return to the basics of a business deal.