## United States District Court
## District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

January 27, 2021

MEMORANDUM TO COUNSEL

    Re:    *Daniel Snyder v. Moag & Co., LLC,*
             Civil Action No. ELH-20-2705

Dear Counsel:

    On January 26, 2021, petitioner Daniel Snyder filed a motion to seal his "Reply in Further Support of Petitioner's Application" (ECF 48, the "Reply"). ECF 49 ("Motion to Seal"). Snyder asks the Court to seal the Reply in its entirety, pursuant to an Order issued on December 23, 2020, by Judge Peter J. Messitte in *Rothman v. Snyder*, PJM-20-3290, ECF 89. That Order required the relevant parties to file under seal any papers that might have disparaging information about other parties.

    But, Snyder also acknowledges that, by Order of January 12, 2021 (PJM-20-3290, ECF 110), Judge Messitte reconsidered his Order of December 23, 2020. In particular, Judge Messitte directed the Clerk to unseal those documents that were sealed pursuant to his Order of December 23, 2020, and he determined that any "future pleadings, correspondence, and exhibits shall be publicly filed…." *Id.* Moreover, Snyder asserts that his "Reply and supporting documents are not disparaging in any way and, he believes, do not fall within the categories that continue to require sealing." ECF 49-1 at 2.

    In light of Judge Messitte's Order of January 12, 2021, by Order of January 14, 2021 (ECF 46), I denied the motion to seal filed by Moag & Co., LLC as to its "Opposition to Petitioner's Application." *See* ECF 43.

    For the reasons previously stated in ECF 46, I shall also deny petitioner's Motion to Seal (ECF 49). And, the Clerk is directed to unseal the Reply (ECF 48).

    Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

                                        Very truly yours,

                                        /s/

                                        Ellen Lipton Hollander
                                        United States District Judge