IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Case No. 20-CV-02705-ELH |

**MOTION OF RESPONDENT MOAG & CO., LLC FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PETITIONER'S
APPLICATION FOR ORDER TO SHOW CAUSE AND OTHER RELIEF**

Pursuant to Local Rule 105.2.a, Respondent Moag & Co., LLC, by its undersigned counsel, requests leave to file a surreply to respond, as briefly as possible, to two new matters Petitioner Daniel Snyder raised in his Reply Memorandum (ECF 48) filed in support of his Application for Order to Show Cause and Other Relief, seeking the entry of an order holding Respondent in contempt, awarding sanctions, and striking the Declaration of John A. Moag, Jr. (ECF 35). The new matters at issue are (1) a text message Mr. Moag sent to Greg Owens, a confidant and apparent agent of Mr. Snyder, on January 8, 2021; and (2) Petitioner's request that the Court issue a "gag order" barring Respondent "and any of its representatives from publicly discussing the Section 1782 Action and from making threatening or disparaging remarks to or about Petitioner." ECF 48, at 14.

Although surreplies are generally disfavored, they are permissible "when the party opposing the underlying motion 'would be unable to contest matters presented to the court for the first time in the [movant's] reply.'" *Tall* v. *Maryland Dep't of Health & Mental Hygiene*, 2016 WL 7491621, at *2 (D. Md. Dec. 29, 2016) (quoting *Clear Channel Outdoor, Inc.* v. *Mayor & City Council of Baltimore*, 22 F. Supp. 3d 519, 529 (D. Md. 2014)); *see also Khoury* v. *Meserve*, 268 F. Supp. 2d 600, 605 (D. Md. 2003), *aff'd*, 85 Fed. Appx. 960 (4th Cir. 2004); *Class Produce Group, LLC* v. *Harleysville Worcester Ins. Co.*, 2018 WL 1471682, at *8 (D. Md. Mar. 23, 2018)

(granting leave to file surreply where movant's reply raised new arguments concerning scope of insurance coverage).

Respondent has no interest in further prolonging this matter, and its proposed Surreply does not address many aspects of Petitioner's Reply with which Respondent disagrees. But Petitioner attached to his Reply a new text message and claimed that the message was a "threat[] to disclose unspecified negative information about Petitioner in an attempt to extort him into dropping the instant Section 1782 proceeding." ECF 48, at 3. *Extortion* is a strong allegation. Although the text message on its face suggests no such thing, Respondent should be permitted to explain the context of the message in response to Petitioner's inflammatory rhetoric.

In addition, it is generally improper to request new relief in a reply memorandum, at least without giving the adverse party a chance to respond. *E.g.*, *Moore* v. *Corpening*, 2019 WL 3432602, at *4 n.3 (W.D.N.C. July 30, 2019); *see also National Urban League* v. *DeJoy*, 2020 WL 6363959, at *11 (D. Md. Oct. 29, 2020) ("In their Reply, Plaintiffs appeared to seek new relief from this Court, requiring the Court to grant Defendants time to file a surreply."). In this case, Petitioner has effectively filed a request for a gag order without complying with the standard motion practice, which would have given Respondent an opportunity to be heard. Requests for gag orders have substantial First Amendment and other defenses, and Respondent should be permitted an opportunity to comment before any such order is imposed upon its personnel and agents.

For the reasons stated, Respondent Moag & Co., LLC, respectfully requests that the Court grant leave to file a surreply in the form attached hereto as Exhibit A.

                                                                         Respectfully submitted,

                                                                         ZUCKERMAN SPAEDER LLP

| | |
|---|---|
| Joe R. Reeder (#06701) | By: /s/ *William J. Murphy* |
| Stephen T. Fowler (#16881) | ------------------------ |
| GREENBERG TRAURIG, LLP | William J. Murphy (#00497) |
| 2101 L Street N.W. | John J. Connolly (#09537) |
| Washington, DC 20037 | 100 E. Pratt St., Suite 2440 |
| (202) 331-3100 | Baltimore, Maryland 21202 |
| reederj@gtlaw.com | (410) 332-0444 |
| fowlerst@gtlaw.com | (410) 659-0436 (fax) |
| | wmurphy@zuckerman.com |
| *Attorneys for Respondent* | jconnolly@zuckerman.com |
| | |
| | *Attorneys for Respondent* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2021, a copy of the foregoing was electronically filed and served on all counsel of record via ECF or by e-mail if filed under seal.

/s/ *John J. Connolly*
-------------------------