# EXHIBIT 1

To Respondent Moag & Co.'s Proposed Surreply



> Hey Dan— My client tells me that they have received a bunch of stuff and I thank you for that. We have no intention of doing a book. We are marketing this below the radar as we have very good ID on the potential buyers. I am worrying about value diminishing as the months go by as the runway on Covid is very unclear. I will have questions about where you are on new stadium and gambling but we can discuss later. Best, John

Wed, May 27, 12:30 PM

> Hi John. Still Quarantined in the Bahamas!! Finally a sunny day! Going on long hike with the Fam. I'll shoot you a text tomorrow! Be Safe in this Crazy Times!!! Best, Dan.

Thu, May 28, 11:31 AM



John. Today is my 2nd NFL



MOAG000016



MOAG000017



MOAG000018