# EXHIBIT 2

To Respondent Moag & Co.'s Proposed Surreply



**Left conversation (with Greg):**

*Fri, Oct 2, 9:01 PM*
> Good luck. Not expecting much.

*Sun, Oct 11, 6:30 PM*
> Following up on a meeting with the buyers and Dan. I don't know what your role is facilitating this.

*Sun, Oct 11, 8:40 PM*
More of an advisor, which I'm encouraging him to meet with potential buyers to take out the minority shareholders.

*Sun, Oct 11, 10:06 PM*
> Ok

*Mon, Oct 12, 9:29 AM*
> Let me know if DS wants to meet them in Aspen this week or next.

**Right conversation (with Greg):**

*Mon, Oct 12, 12:21 PM*
Dan would be happy to meet with the buyers, but has been told by the minority shareholders' lawyers that this is not a binding letter of intent, and that if he meets with the buyers he will be tortiously interfering with the agreement. As a result I think this has to be left in the hands of the lawyers for the present time or please send the letter of intent to sell from the minority shareholders.

*Wed, Oct 14, 7:19 PM*
> Think I've fixed that and your friend should stand by to meet with buyers.

Excellent, I will let him know

*Thu, Oct 22, 6:47 PM*
> Dan will get formal notice of an accepted offer from all three



**Left screenshot (7:57, conversation with Greg):**

- week would be a good idea.
- Sounds good, I will let him know. I believe he will be receptive.
- Let me know about availability and if Aspen works.
- The response I got back was as long as there is a clear request and waiver of the threat of tortuous interference from your clients, they are read to proceed with a meeting and moving forward.
- I'm an investment banker and a retired lawyer. Tell your friend's lawyers to deal with that and not me.
- I'm the middle man, I think as long as your clients want out, and there are buyers, they should meet and resolve, but I only advise
- As do I.

**Right screenshot (7:57, conversation with Greg):**

- I'm the middle man, I think as long as your clients want out, and there are buyers, they should meet and resolve, but I only advise
- As do I.

Fri, Oct 23, 7:55 PM

- I know my clients, with my advice, want to move this along so I suspect the lawyers have already communicated that. A meeting next week is in order.
- I'm trying to work it too
- An official offer has been provided to DS and it has a 15 day trigger so as soon as they meet the better.

Mon, Oct 26, 1:31 PM

- I'm told that DS's lawyers have been informed that my clients have waived the objection to a







MOAG000134