# EXHIBIT 3

To Respondent Moag & Co.'s Proposed Surreply

