# EXHIBIT 4

To Respondent Moag & Co.'s Proposed Surreply

# EXHIBIT B

| **Texts From John Moag to Greg Owens** |
|---|

*December 26, 2020*

> Do you have time to talk?
> You know him obviously better than I.

*December 26, 2020*

> He seriously needs some type of closure to all of this. As does everybody.

*December 26, 2020*

> My guess though is that he's totally into the people who are bleeding him for cash to sell his narratives instead of working out his problems.