IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL SNYDER

*Plaintiff,*

v.

MOAG & CO., LLC,

*Defendant.*

Civil Action No. ELH-20-2705

# ORDER

For the reasons stated in the preceding Memorandum, it is this 5th day of February, 2021, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Objection (ECF 31) is **DENIED**;

2. Within ten days, Moag is directed to comply with Judge Copperthite's Order (ECF 23);

3. The Show Cause Motion (ECF 35) is **DENIED**, without prejudice;

4. The Motion for Leave to File a Surreply (ECF 51) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge