# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re Application of Daniel Snyder** ) <br> **For an Order Directing Discovery from** ) <br> **Moag & Co., LLC Pursuant to** ) <br> **28 U.S.C. § 1782** ) | **Case No. 20-CV-02705-ELH** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 101.2.b, Greenberg Traurig, LLP gives notice of its withdrawal as counsel for Moag & Company in this proceeding. Moag & Company will continue to be represented by Zuckerman Spaeder, LLP, who entered their appearance on behalf of Moag & Company on January 4, 2021.

Respectfully submitted,

s/Joe R. Reeder
Joe R. Reeder Bar No. #06701
Reederj@gtlaw.com
Stephen T. Fowler Bar No. #16881
Fowlerst@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
(202) 331-3125

So ordered: _____
Ellen Lipton Hollander
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this February 26, 2021, I caused a copy of the foregoing to be filed using the Court's electronic case filing (ECF) which was then served on all counsel of record and by email and first class mail to:

Mr. John Moag.
c/o Moag & Company
323 W. Camden St. #400
Baltimore, MD, 21201
jmoag@moagandcompany.com

/s/ Joe R. Reeder
Joe R. Reeder (#06701)
Stephen T. Fowler (#16881)
Greenberg Traurig, LLP
2101 L Street N.W.
Washington, D.C. 20037
(202) 331-3100
reederj@gtlaw.com
fowlers@gtlaw.com