**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re Application of Daniel Snyder<br>for an Order Directing Discovery from<br>Moag & Co., LLC Pursuant to<br>28 U.S.C. § 1782 | Civil Action No. 1:20-cv-02705-ELH |

**MEMORANDUM IN SUPPORT OF THE PARTIES'**
**JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**

Pursuant to Local Rules 105.1 and 104.13, Petitioner Daniel Snyder and Respondent Moag & Co., LLC (collectively, the "Parties") respectfully request that the Court enter the Stipulated Protective Order appended hereto as **Exhibit A**, as negotiated and agreed to by the Parties, to govern discovery materials produced in connection with the forthcoming forensic examination of Mr. Moag's personal devices.

**BACKGROUND**

On September 18, 2020, Petitioner Daniel Snyder filed an "*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782," seeking an order compelling discovery from Respondent Moag & Co., LLC in connection with a defamation action brought by Snyder in the High Court of Delhi in New Delhi, India against Eleven Internet Services LLP ("Eleven") and its subsidiary, MEA WorldWide ("MEAWW"), as well as Anay Chowdhary, Nirnay Chowdhary, Prarthna Saekar, and Jyotsna Basotia.  ECF 1 & ECF 1-8.  Pursuant to the Court's authority under 28 U.S.C. § 1782(a), the Court granted the Petition by Memorandum and Order of September 29, 2020.  ECF 2; ECF 3.

Since that time, the Parties have worked through a variety of discovery issues and disputes, including some which the Court has resolved.  In an attempt to facilitate the ongoing discovery, and after considerable negotiation, the Parties have agreed upon a Stipulated Protective Order to

govern additional discovery to be produced in this action and jointly present this Stipulated Protective Order to the Court for its consideration, approval and entry.

## ARGUMENT

The Stipulated Protective Order, as appended at Exhibit A to this Memorandum, contains (a) definitions of confidentiality designations consistent with Fed. R. Civ. P. 26(c), *see* Ex. A, Stipulated Protective Order ¶ 2; (b) a method for challenging particular designations of confidentiality with the burden remaining on the party seeking confidentiality to justify it under Rule 26(c), in this case Respondent Moag & Co., LLC, *see* Ex. A, Stipulated Protective Order ¶ 5; (c) a provision indicating that whenever materials subject to the confidentiality order (or any pleading, motion, or memorandum referring to them) are proposed to be filed in this Court's record under seal, the party making such filing must simultaneously submit a motion and accompanying order pursuant to Local Rule (L.R.) 105.11, *see* Ex. A, Stipulated Protective Order ¶ 3; and (d) a provision permitting the Clerk to return to counsel or destroy any sealed material at the end of the matter, *see* Ex. A, Stipulated Protective Order ¶ 6.  *See generally* Local Rule 104.13.  Indeed, the Parties have fashioned the Stipulated Protective Order from the Stipulated Order Regarding Confidentiality of Discovery Material available on the Court's website, and have tailored the terms to the circumstances relevant to the discovery proceedings this matter.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter the Stipulated Protective Order appended as Exhibit A.

- 3 -

Dated:  March 9, 2021                                    Respectfully Submitted,


REED SMITH LLP                                          ZUCKERMAN SPAEDER LLP

By: /s/ *Andrew C. Bernasconi*                          By: */s/ William J. Murphy**
Andrew C. Bernasconi (MD Bar No. 15780)                 William J. Murphy (#00497)
1301 K Street NW                                        John J. Connolly (#09537)
Suite 1000, East Tower                                  100 E. Pratt St., Suite 2440
Washington, DC 20005                                    Baltimore, Maryland 21202
Tel: (202) 414-9200                                     (410) 332-0444
abernasconi@reedsmith.com                               (410) 659-0436 (fax)
                                                        wmurphy@zuckerman.com
Jordan W. Siev                                          jconnolly@zuckerman.com
*(Pro Hac Vice Motion Forthcoming)*
599 Lexington Avenue, 22nd Floor                        *Counsel for Respondent Moag & Co. LLC*
New York, NY 10022
Tel: (212) 521-5400                                     *  Filed with permission of Mr. Murphy*
jsiev@reedsmith.com

*Counsel for Petitioner Daniel Snyder*