# EXHIBIT 3

## Connolly, John

| | |
|---|---|
| **From:** | Siev, Jordan W. <JSiev@ReedSmith.com> |
| **Sent:** | Thursday, April 8, 2021 10:02 AM |
| **To:** | Murphy, Bill |
| **Cc:** | Connolly, John; Schoenberg, Pamela L. |
| **Subject:** | RE: Moag & Co. |

**EXTERNAL**

I have no issues with that, so let me know your thoughts on scheduling.  I am good most times on Monday and Tuesday and then have large pockets of unavailability the rest of the week but will try to work around others' schedules as needed. Thanks.


_____
**Jordan W. Siev**
**Reed**Smith **LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
**jsiev@reedsmith.com**
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**


**From:** Murphy, Bill <wmurphy@zuckerman.com>
**Date:** Thursday, Apr 08, 2021, 9:54 AM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>, Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** RE: Moag & Co.

EXTERNAL E-MAIL - From wmurphy@zuckerman.com

**EXTERNAL**

Jordan -- My only caveat is that as counsel for Mr. Moag we will retain the right to object to questions that are not somehow related to Mr. Snyder.  We will also be able to cut off questions that invade Mr. Moag's  attorney-client privilege and to provide adequate measures to protect confidential business information of Moag & Company, consistent with the protective order now in place.  That said we can arrange an interview on a convenient date next week.  Bill

**From:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Sent:** Wednesday, April 7, 2021 7:02 PM
**To:** Murphy, Bill <wmurphy@zuckerman.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** RE: Moag & Co.

**EXTERNAL**

Bill, as discussed, please let me know if the below is acceptable for our proposed Zoom interview of Mr. Moag; thanks

1. Mr. Moag will agree to provide full and truthful responses to the questions posed.
2. We reserve the right to request that Mr. Moag's responses be put in affidavit form for use in the Indian proceedings.
3. By proceeding with this alternate method of discovery, Mr. Snyder does not waive, and expressly reserves, the right to take the deposition of Mr. Moag and/or move for sanctions in connection with potential spoliation issues.  Should we ultimately proceed with items 1 and 2 above, we would expect to exchange releases with Mr. Moag and Moag & Co., and discontinue the 1782 with prejudice, but are not doing so at this time.

Please confirm the above so we can schedule.  Thanks.

_____
**Jordan W. Siev**
**Reed**Smith **LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
*jsiev@reedsmith.com*
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**

**From:** Murphy, Bill <wmurphy@zuckerman.com>
**Sent:** Tuesday, April 6, 2021 3:33 PM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>; Schoenberg, Pamela L. <PSchoenberg@ReedSmith.com>
**Subject:** Moag & Co.

EXTERNAL E-MAIL - From wmurphy@zuckerman.com

**EXTERNAL**

Jordan – Can you give me a call to discuss your proposal yesterday – cell # is 410-812-0327.  Bill

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01