# EXHIBIT 4

**Connolly, John**

| | |
|---|---|
| **From:** | Siev, Jordan W. <JSiev@ReedSmith.com> |
| **Sent:** | Monday, April 19, 2021 2:55 PM |
| **To:** | Murphy, Bill; Connolly, John |
| **Cc:** | Boehmke, Lauren S.; Black III, James I. |
| **Subject:** | RE: Call re: Moag request |

**EXTERNAL**

Bill,

Mr. Snyder does not agree to waive the confidentiality provisions of any of the relevant transaction documents in order to allow disclosure of any portion of those documents to Moag & Co. or John Moag.  I will also inform counsel for the Sellers of the same.

_____
**Jordan W. Siev**
**ReedSmith LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
*jsiev@reedsmith.com*
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**


**From:** Murphy, Bill <wmurphy@zuckerman.com>
**Sent:** Monday, April 19, 2021 11:18 AM
**To:** Siev, Jordan W. <JSiev@ReedSmith.com>; Connolly, John <jconnolly@zuckerman.com>
**Cc:** Boehmke, Lauren S. <Boehmkel@sullcrom.com>; Black III, James I. <Blackj@sullcrom.com>
**Subject:** RE: Call re: Moag request

EXTERNAL E-MAIL - From wmurphy@zuckerman.com

**EXTERNAL**

Jordan – Do you and your client have a response yet to our client's request for access to the basic deal documents involving the buy-out of the minority owners' shares, subject to Moag & Co. entering into a reasonable NDA?  Thanks, Bill


**From:** Siev, Jordan W. <JSiev@ReedSmith.com>
**Sent:** Tuesday, April 13, 2021 6:44 PM
**To:** Murphy, Bill <wmurphy@zuckerman.com>; Connolly, John <jconnolly@zuckerman.com>
**Cc:** Boehmke, Lauren S. <Boehmkel@sullcrom.com>; Black III, James I. <Blackj@sullcrom.com>
**Subject:** Call re: Moag request

1

**EXTERNAL**   2

Bill and John,

S&C team (copied) and I are free at 9:30 or 10 AM Thursday to discuss the request for proof of consideration paid to the Sellers.  Please let us know if that time works.  Thanks.

_____
**Jordan W. Siev**
**ReedSmith LLP**
**599 Lexington Avenue**
**New York, New York 10022**
**212.205.6085**
*jsiev@reedsmith.com*
**Fax 212.521.5450**
**Bio:  http://www.reedsmith.com/jordan_siev/**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01