# EXHIBIT 5

**Connolly, John**

| | |
|---|---|
| **From:** | John Moag <jmoag@moagandcompany.com> |
| **Sent:** | Friday, April 23, 2021 3:21 AM |
| **To:** | Murphy, Bill; Connolly, John |
| **Subject:** | Fwd: 1 New Docket Entry for Snyder v. Moag & Co., LLC (1:20-cv-02705) |

**EXTERNAL**

Sent from my iPhone

Begin forwarded message:

> **From:** Dan Kaplan <dkaplan@theathletic.com>
> **Date:** April 22, 2021 at 10:11:09 PM EDT
> **To:** John Moag <jmoag@moagandcompany.com>
> **Subject: Fwd: 1 New Docket Entry for Snyder v. Moag & Co., LLC (1:20-cv-02705)**
>
> John
>
> Do you have a comment on this filing, which alleges you deleted electronic correspondences in violation of court orders and seeks sanctions?
>
> Dan
>
> ---------- Forwarded message ---------
> From: **CourtListener Alerts** <alerts@courtlistener.com>
> Date: Thu, Apr 22, 2021 at 10:05 PM
> Subject: 1 New Docket Entry for Snyder v. Moag & Co., LLC (1:20-cv-02705)
> To: <dkaplan@theathletic.com>
>
> # CourtListener Docket Alert
> ## 1 New Entry in Snyder v. Moag & Co., LLC (1:20-cv-02705)
> District Court, D. Maryland
> View Docket on CourtListener
> Buy Docket on PACER

1

| Document Number | Date Filed | Description | Download PDF |
|---|---|---|---|
| 59 | Apr 22, 2021 | Motion for Sanctions | Buy on PACER |

This alert was sent because you subscribed to this docket with your account on CourtListener.com. To disable this alert, view the docket on CourtListener.com and click the "disable" button.

**This alert brought to you by the non-profit Free Law Project. Please donate to support our work.**

--
Daniel Kaplan
The Athletic
Sports Business Reporter
646 342 6724
@KaplanSportsBiz
www.theathletic.com