IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782 | Case No. 20-CV-02705-ELH |

**RESPONDENT'S CONDITIONAL CROSS-MOTION
FOR LEAVE TO TAKE DISCOVERY FROM PETITIONER**

Pursuant to 28 U.S.C. § 1782, Rules 11, 26(g) and 45 of the Federal Rules of Civil Procedure, and the inherent authority of this Court, Respondent Moag & Co., LLC, moves for leave to serve document requests and a notice of deposition on Petitioner covering the following topics:

1. All direct or indirect communications between Mr. Snyder or persons working for him or WFT (including lawyers, private investigators and public relations firms) and members of the media, if such communications refer or relate to Mr. Moag, Moag & Co., or any other respondent of a § 1782 petition filed by Mr. Snyder in support of his India defamation action.

2. All direct or indirect communications between Mr. Snyder and persons working for him or WFT (including public relations firms), if such communications refer or relate to publicizing information about Mr. Moag, Moag & Co., or any other respondent of a § 1782 petition filed by Mr. Snyder in support of his India defamation action.

3. All documents or information referring or relating to Mr. Snyder's plan to rebut, minimize, or divert attention from actual or anticipated stories in the media that accuse Mr. Snyder or WFT of sexual misconduct or acquiescing in sexual misconduct.

4. All filings made by Mr. Snyder and his counsel in the India defamation action which refer to or include information or documents obtained by Mr. Snyder as a result of § 1782 petitions filed by Mr. Snyder in support of his India defamation action.

As Respondent has no interest in further multiplying these proceedings, he requests this discovery only if the Court is contemplating granting Respondent's Motion for Sanctions for

Spoliation. (ECF 59). If the Court denies that motion and closes these proceedings, as Respondent requests, the motion for leave to take discovery will be withdrawn.

Further grounds in support of this motion are set forth in Respondent's Opposition to Petitioner's Application for Sanctions and Memorandum in Support of Conditional Cross-Motion for Leave to Take Discovery from Petitioner.

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By:  /s/ *William J. Murphy*
------------------------
William J. Murphy (#00497)
John J. Connolly (#09537)
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(410) 659-0436 (fax)
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Attorneys for Respondent*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2021, a copy of the foregoing was electronically filed and served on all counsel of record via ECF or by e-mail if filed under seal.

/s/ *John J. Connolly*
-------------------------