# EXHIBIT F

Bruce Allen-John Moag  7/17/2020



CONFIDENTIAL                                              MOAG000125